JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLEN HOWARD, et al,** | Case No. CV 17-5701 DMG (JPRx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **HMK HOLDINGS, LLC, et al.,** | |
| Defendants. | |

This Court having granted in part Defendants' motion for summary judgment [Doc. # 43] as to the federal claims in the above-captioned action, and having declined to exercise supplemental jurisdiction over the state law claims,

IT IS ORDERED, ADJUDGED AND DECREED that judgment on the federal claims is entered in favor of Defendants HMK Holdings, LLC and Hovik M. Khaloian, and against Plaintiffs Glen, Gale, and Christine Howard.

DATE: June 11, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-